UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Case No.: **1:24-cv-05947-ENV-CHK**

**Abeth Hashimi**,
Plaintiff,
vs.

**Station Square Inn Apartments Corp,** and
**Dirty Pierres Chris Dream Continues LLC,**
Defendants.

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, and Defendants, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, except as otherwise agreed in writing and signed by the parties in this action, each party shall bear its respective fees and costs.

Dated: September 3, 2025

By: /s_Maria-Costanza Barducci__
Maria-Costanza Barducci, Esq.
BARDUCCI LAW FIRM PLLC.
5 West 19th St., 10th Fl.
New York, NY 10011
Telephone: (212) 433-2554
mc@barduccilaw.com
*Attorneys for Plaintiff*

By: /s__**Abbey Goldstein**________
Abbey Goldstein
Goldstein & Greenlaw LLP
Forest Hills, NY 11375
(718)544-7701
agoldstein@goldsteingreenlaw.com
*Attorney for Station Square Inn Apartments Corp*

**Application Granted**
**SO ORDERED**
**Brooklyn, New York**
**Dated:** 9/5/2025

/s/ Eric N. Vitaliano
**Eric N. Vitaliano**
**United States District Judge**

cc: Via CM/ECF

The Clerk of Court is directed to close this case.